JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; et. al.;<br><br>Plaintiffs,<br><br>vs.<br><br>R. L. DOUGLASS ELECTRIC, INC., etc.,<br><br>Defendant. | CASE NO.: SACV 08-1233-CJC(ANx)<br><br>ASSIGNED TO THE HONORABLE CORMAC J. CARNEY<br><br>[PROPOSED] ORDER RE NOTICE OF DISMISSAL WITH PREJUDICE<br><br>FED. R. CIV. PROC. 41(a) |

TO ALL PARTIES:

IT IS HEREBY ORDERED that pursuant to FED. R. CIV. PROC. 41(a) and the "Notice of Dismissal With Prejudice" filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et. al., the above-entitled case shall be dismissed, with prejudice.

Dated: January 30, 2009

_____
HONORABLE JUDGE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT

186763.1

1   Order re Notice of Dismissal